RYAN H. WEINSTEIN (Bar No. 240405)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  rweinstein@cov.com

DYLAN SILVA (Bar No. 306363)
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  dsilva@cov.com

*Attorneys for Nonparty*
*New Wave MMXV Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PETITION OF OASIS FOCUS FUND LP FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | No. _____<br><br>**DECLARATION OF VIRGINIA MILSTEAD IN SUPPORT OF NEW WAVE MMXV LIMITED'S MOTION TO QUASH OASIS FOCUS FUND'S SUBPOENA**<br><br>Hearing Date: Not Set<br>Hearing Time: Not Set |

# DECLARATION OF VIRGINIA MILSTEAD

I, Virginia Milstead, declare as follows:

1. I am a member of the State Bar of California and a partner at Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Sina Corporation ("Sina"). I make this declaration based on my personal knowledge, except where made on information and belief following an investigation, and if called and sworn as a witness, I could and would testify competently thereto.

2. Sina is a leading online media company registered in the Cayman Islands and headquartered in Beijing, the People's Republic of China ("China" or the "PRC"). The company offers Chinese-language digital content and services to the global Chinese communities. Among other entities, Sina controls Sina Weibo, a Chinese-language microblogging platform with more than 200 million users. From April 2000 until March 2021, Sina's shares were publicly traded on the NASDAQ.

3. In September 2020, New Wave offered and agreed to acquire all of Sina's outstanding shares that New Wave did not already own for $43.30 per share. New Wave is a China-based holding company incorporated in the British Virgin Islands. It does not conduct any business activities and does not have any employees. New Wave is not registered to do business in California and has no offices in the United States. Charles Guowei Chao is the sole director of New Wave and resides in Shanghai, China. As a result of the going private merger, New Wave indirectly owns two California-based Sina entities, Weibo R&D Limited and Sina.com Online, but New Wave neither exercises control nor conducts any business through these two entities. New Wave does not do business of any kind in the United States.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Sina's SEC Schedule 13D/A, dated July 6, 2020.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Sina's SEC Form 6-K, dated July 6, 2020, attaching a press release entitled "SINA Announces Receipt of Preliminary Non-Binding 'Going Private' Proposal."

6. Attached hereto as **Exhibit 3** is a true and correct copy of Sina's SEC Form 6-K, dated August 7, 2020, attaching a press release entitled "SINA Special Committee Retains Financial Advisor and Legal Counsel."

7. Attached hereto as **Exhibit 4** is a true and correct copy of Sina's SEC Form 6-K, dated September 28, 2020, attaching a press release entitled "SINA Enters into Definitive Agreement for 'Going Private' Transaction."

8. Attached hereto as **Exhibit 5** is a true and correct copy of Sina's SEC Form 6-K, dated December 23, 2020, attaching a press release entitled "SINA Announces Shareholders' Approval of Merger Agreement."

9. Attached hereto as **Exhibit 6** is a true and correct copy of Sina's SEC Form 6-K, dated March 23, 2021, attaching a press release entitled "Sina Announces Completion of Merger."

10. Attached hereto as **Exhibit 7** is a true and correct copy of a Judgment entered by the Grand Court of the Cayman Islands, dated January 25, 2022.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a Directions Order entered by the Grand Court of the Cayman Islands, dated May 18, 2022.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a Draft Grounds of Appeal filed in support of an application to appeal the above-referenced Judgment and Directions Order entered by the Grand Court of the Cayman Islands.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the affirmation of Victoria Lord submitted to the Cayman court, which describes the efforts Sina has undertaken to search for and review potentially relevant discovery in the Cayman proceeding.  As explained in the affirmation, Sina formally engaged Harneys, an international law firm with extensive experience handling Cayman appraisal cases, and Epiq, a well-regarded e-discovery vendor, to conduct custodian interviews and collect potentially relevant electronic and hard copy documents.  Epiq imaged the relevant electronic folders and files from more than 20 custodians to locate responsive documents.  Sina staff also reviewed Sina's paper filing system in the financial department in conjunction with Harneys to identify potentially responsive hard copy documents.

14. I understand that, to date, Sina has collected approximately 45,000 documents for review from various custodians.  To comply with Chinese regulations, and because its document storage systems are located in the PRC, Sina has prepared a self-assessment report, which is required under Chinese data security law before the data can be produced in the Cayman proceeding.  Sina, assisted by

its PRC counsel and Cayman counsel, is working with a third-party agency designated by the Chinese governmental authority to help screen and review the documents.  Following completion of the self-assessment, Sina has sought approval from the Office of the Central Cyberspace Affairs Commission to produce the materials to Oasis and the other dissenters.  I understand that failure to comply with this process may result in severe sanctions from the Chinese governmental authorities.  Attached hereto as **Exhibit 11** is a true and correct copy of a Summons filed by Sina in the Appraisal Proceeding on July 27, 2022, requesting that the Grand Court of the Cayman Islands order Oasis and the other dissenters to provide certain information needed in order to comply with the regulatory approval process.

15. The discovery in the Cayman proceeding remains ongoing.

16. I am aware that Oasis filed a Petition in the District Court for the Southern District of New York to take discovery from Mr. Chao and New Wave ("Petition").  To the best of my knowledge, Oasis has not asked the Cayman court to issue letters of request to United States, Chinese, or British Virgin Island courts for any of the discovery that it seeks in the Petition.

17. I have reviewed the subpoena issued to New Wave.  I understand that the subpoena seeks documents that are located exclusively in China.  The vast majority of those documents have already been collected by Sina and are being readied for production pursuant to the Cayman Court's Directions Order, including undergoing the requisite review by the relevant authorities in China to ensure compliance with the PRC's data security, cybersecurity, and other laws.  Any corporate designee with knowledge sufficient to testify about these documents resides in China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2022, at Los Angeles, California.

_V.F. Milstead_
Virginia Milstead