# EXHIBIT 11



GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

FSD 128 OF 2021 (RPJ)

IN THE MATTER OF THE COMPANIES ACT (2021 REVISION)

AND IN THE MATTER OF SINA CORPORATION

## SUMMONS

**LET ALL PARTIES CONCERNED** attend before Mr Justice Parker in Chambers, at the Law Courts, George Town, Grand Cayman, at           am/pm on             2022, upon an application by Sina Corporation (the ***Company***) for the following relief, namely:

1   A direction that the Dissenters respond to and provide certain information that has been requested by the Company, as set out at Schedule 1 below (the ***Requested Information***), within 7 days from the date of such direction being made.

2   An order that, subject to the provision of the Requested Information by the Dissenters, the Company be granted an extension of time, until 3 October 2022, in respect of the period provided for in paragraph 8 of the Order for Directions dated 18 May 2022 as regards its obligation to give discovery in these proceedings.

3   Such further or other order as the Court sees fit.

4   The costs of and occasioned by this Summons shall be the Company's costs in the cause.

Dated this 27 day of July 2022

*[signature]*

_____
**Harney Westwood & Riegels**
Attorneys-at-Law for and on behalf of the Company

| | |
|---|---|
| **TO:** | The Clerk of the Court |
| **AND TO:** | Mourant Ozannes, Attorneys-At-Law for Dissenters 1-4. |
| **AND TO:** | Ogier, Attorneys-At-Law for Dissenter 5. |
| **AND TO:** | Carey Olsen, Attorneys-At-Law for Dissenters 6-15. |
| **AND TO:** | Collas Crill, Attorneys-At-Law for Dissenters 16-28. |

**TIME ESTIMATE:** The estimated length of the hearing of this Summons is 30 minutes, but it is respectfully suggested that it be determined on the papers.

This **SUMMONS** was issued by Harney, Westwood & Riegels, Attorneys-at-Law for the Company, whose address for service is 3rd Floor, Harbour Place, 103 South Church Street, PO Box 10240, Grand Cayman, KY1-1002, Cayman Islands (**Ref:** 055301.0003/GMK)

**SCHEDULE 1 – REQUESTED INFORMATION**

The Dissenters, their experts, appointees, and their respective representatives and their legal advisors located outside of the mainland territory of the People's Republic of China provide the following information:-

(a) Name;

(b) Country and Region;

(c) Nature of the Institution;

(d) Address;

(e) Contact details;

(f) Registered capital;

(g) Organisation structure;

(h) Number of employees;

(i) Main business;

(j) Shareholder information;

(k) Equity structure;

(l) Actual controller;

(m) Actual control;

(n) Operation credit situation;

(o) Security incident situation in the past 2 years, whether the overseas receiver has been warned or punished by the relevant regulatory authority due to data security issues, and the relevant regulator's endorsement of the rectification, if any;

(p) Data security protection capability;

(q) Name of the supervisory authority where the overseas receiver is located; and

(r) The legal requirements relating to data processing in the location of the overseas receiver, such as storage location requirements, cross-border data transfer restrictions, etc.

3