RYAN H. WEINSTEIN (Bar No. 240405)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  rweinstein@cov.com

DYLAN SILVA (Bar No. 306363)
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  dsilva@cov.com

*Attorneys for Nonparty*
*New Wave MMXV Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF OASIS FOCUS FUND LP FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | No. _____<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH** |

     Before the Court is New Wave MMXV Limited's Motion to Quash the subpoena issued to it by Oasis Focus Fund LP pursuant to 28 U.S.C. § 1782 and Federal Rule of Civil Procedure 45. Having considered the Motion and all related papers and arguments, and good cause appearing,

     **IT IS HEREBY ORDERED** that the Motion to Quash is **GRANTED** and the subpoena is quashed in its entirety.

     **IT IS SO ORDERED.**

DATED: _____, 2022

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE