1  RYAN H. WEINSTEIN (Bar No. 240405)
   COVINGTON & BURLING LLP
2  1999 Avenue of the Stars
3  Los Angeles, CA 90067-4643
   Telephone: + 1 (424) 332-4800
4  Facsimile: + 1 (424) 332-4749
   Email:  rweinstein@cov.com
5
6  DYLAN SILVA (Bar No. 306363)
   COVINGTON & BURLING LLP
7  415 Mission Street, Suite 5400
   San Francisco, CA 94105-2533
8  Telephone: + 1 (415) 591-6000
   Facsimile: + 1 (415) 591-6091
9  Email:  dsilva@cov.com

10 *Attorneys for Nonparty*
11 *New Wave MMXV Limited*

12
                     **UNITED STATES DISTRICT COURT**
13
                     **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 | IN RE PETITION OF OASIS FOCUS FUND LP | No. _____ |
   | FOR AN ORDER PURSUANT TO 28 U.S.C. § | |
17 | 1782 TO CONDUCT DISCOVERY FOR USE IN | **CERTIFICATE OF SERVICE** |
   | A FOREIGN PROCEEDING | |
18

19
20
21
22
23
24
25
26
27
28

I, the undersigned, declare as follows:

I am a resident of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of Covington & Burling, LLP, and my business address is 415 Mission St., Suite 5400, San Francisco, California 94105.

On October 28, 2022, I served the following document(s) on all parties in this action:

- NONPARTY NEW WAVE MMXV LIMITED'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA ISSUED BY OASIS FOCUS FUND LP; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;

- DECLARATION OF DYLAN M. SILVA IN SUPPORT OF MOTION TO QUASH OASIS FOCUS FUND'S SUBPOENA, AND EXHIBITS 1-7 THERETO;

- DECLARATION OF VIRGINIA MILSTEAD IN SUPPORT OF NEW WAVE MMXV LIMITED'S MOTION TO QUASH OASIS FOCUS FUND'S SUBPOENA, AND EXHIBITS 1-11 THERETO;

- NONPARTY NEW WAVE MMXV LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15;

- [PROPOSED] ORDER GRANTING MOTION TO QUASH; and

- CERTIFICATE OF SERVICE

[X] BY EMAIL SERVICE:

Minyao Wang
mwang@reidcollins.com
Reid Collins & Tsai LLP
330 West 58th Street, Suite 403,
New York, New York 10019

[X] (BY U.S. MAIL): By causing the document to be sealed in an envelope addressed to the recipient above, with postage thereon fully prepaid, and placed in the United States mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 28, 2022, at San Francisco, California.

           s/ Jeaneth Decena
           JEANETH DECENA