RYAN H. WEINSTEIN (Bar No. 240405)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  rweinstein@cov.com

DYLAN SILVA (Bar No. 306363)
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  dsilva@cov.com

*Attorneys for Nonparty*
*New Wave MMXV Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PETITION OF OASIS FOCUS FUND LP FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | No. _____<br><br>**NONPARTY NEW WAVE MMXV LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Nonparty New Wave MMXV Limited ("New Wave") states that (1) it does not have a parent corporation, and (2) no publicly held corporation owns 10 percent or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Mr. Charles Guowei Chao (New Wave's sole director)
- Sina Corporation (owned by New Wave)

DATED:  October 28, 2022

Respectfully submitted,

COVINGTON & BURLING LLP

  /s/ Ryan H. Weinstein
RYAN H. WEINSTEIN

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email:  rweinstein@cov.com

DYLAN SILVA
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:  dsilva@cov.com

*Attorneys for Nonparty
New Wave MMXV Limited*