

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
cand.uscourts.gov

October 31, 2022

Ryan Howard Weinstein
Covington & Burling LLP
1999 Avenue of the Stars
Suite 3500
Los Angeles, CA 90025

Re:    Oasis Focus Fund LP v. New Wave MMXV Limited
Case Number: 3:22-mc-80291-SK

Dear Counsel/Parties:

    At filing, this matter was randomly assigned to United States Magistrate Judge Sallie Kim for all purposes including trial. A hearing has been scheduled for DATE AND TIME Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Sallie Kim.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and file it with the Court by November 7, 2022. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Mark B. Busby
Clerk of Court, United States District Court

Brittany Sims, Deputy Clerk to the
Honorable SALLIE KIM

*REV. 9-19*

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OASIS FOCUS FUND LP, | Case No. 3:22-mc-80291-SK |
|---|---|
| Plaintiffs, | |
| v. | **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |
| NEW WAVE MMXV LIMITED, | |
| Defendants. | |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily <u>consent</u> to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( )   **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I <u>decline</u> to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                          NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*