UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OASIS FOCUS FUND LP,<br><br>    Plaintiff,<br><br>v.<br><br>NEW WAVE MMXV LIMITED,<br><br>    Defendant. | Case No. 22-mc-80291-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 1 |

On October 28, 2022, non-party New Wave MMXV Limited ("Petitioner") filed a motion to quash a subpoena issued by Oasis Fund Action LP ("Oasis"). Oasis may file an opposition to the motion to quash by no later than November 21, 2022. Petitioner may file it's reply, if any, by no later than November 30, 2022. The Court HEREBY ORDERS Petitioner to serve a copy of this Order by no later than November 7, 2022 and to file a proof of service by no later than November 9, 2022. The Court will set a hearing, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: November 3, 2022

_____
SALLIE KIM
United States Magistrate Judge